SPEAR SECURITIES CORPORATION v. GOLBRO REALTY CORPORATION and THE PEOPLE OF THE STATE OF NEW YORK, GOLBRO REALTY CORPORATION and MAX L. GOLDBERT.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of ELIZABETH BOWEN, Deceased. ROBERT W. McKENNA. CORNELIUS F. BOWEN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE RECTOR, WARDENS AND VESTRYMEN OF THE CHURCH OF SAINT MATTHEW AND SAINT TIMOTHY IN THE CITY OF NEW YORK v. TITLE GUARANTEE AND TRUST COMPANY.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer and Cohn, JJ.

In the Matter of the Application of ALBERT LEVINE for a Certiorari Order against FIORELLO H. LAGUARDIA, as Mayor of the City of New York — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of PATRICK J. KANE, JR., Appellant, to Strike from the Ballot of the Primary Election to Be Held on the 2d Day of April, 1936, the Names of JOHN A. BIGLIN and Others as Candidates for Certain Party Positions and to Restrain the BOARD OF ELECTIONS OF THE CITY OF NEW YORK from Printing Said Names on the Primary Ballot of Said Election. JOHN A. BIGLIN and Others, and S. HOWARD COHEN and Others, as Members of the Board of Elections of the City of New York, Respondents.— Appeal by petitioner from an order of the Supreme Court, Bronx county, entered March 13, 1936, denying petitioner's motion to strike from the primary ballot in the primary election to be held on April 2, 1936, the names of John A. Biglin and Clara Gompers, as designees and candidates for the positions of State committeeman and State committeewoman, and the names of all the designees and candidates for county committee in the third Assembly district, county of Bronx, and to restrain the board of elections in the city of New York from printing the aforesaid names on any official primary ballots of any of the election districts in the aforesaid Assembly district in the ensuing primary election. [The proceeding affected party positions for the Democratic party.] Order affirmed, and leave granted to the appellant to appeal to the Court of Appeals. Present — Martin, P. J., McAvoy, O'Malley and Dore, JJ.